FILED
2015 Sep-08 AM 11:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| RONALD LEE O'REAR, et al., | ) |
| | ) |
| Plaintiffs | ) |
| vs. | ) Case No. 6:14-cv-0995-SLB |
| | ) |
| CITY OF CARBON HILL, ALABAMA, et al., | ) |
| | ) |
| Defendants | ) |

## **O R D E R**

On July 22, 2015, the magistrate judge's Report and Recommendation was entered with respect to defendants' Motion to Disqualify Plaintiffs' Counsel and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections to the magistrate judge's report and recommendation have been filed by plaintiff or defendants.

After careful consideration of the record in this case and the magistrate judge's Report and Recommendation, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge. It is **ORDERED** that defendants' Motion to Disqualify Plaintiffs' Counsel (Doc. 12) is **DENIED**.

DONE this 8th day of September, 2015.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
SENIOR UNITED STATES DISTRICT JUDGE