UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| **RONALD LEE O'REAR, individually and on behalf of others similarly situated; JAMES ROLAND COLBURN, individually and on behalf of others similarly situated; RAWSY DYANA McCOLLUM, individually and on behalf of others similarly situated; CLARENCE EDWARD COLBERT, individually and on behalf of others similarly situated,**<br><br>    **Plaintiffs,**<br><br>    vs.<br><br>**CITY OF CARBON HILL, ALABAMA; JANICE L. PENDLEY, in her official capacity as Clerk of the City of Carbon Hill, Alabama,**<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **CASE NO. 6:14-CV-0995-SLB**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

The court has been advised by counsel that this case has settled. Therefore, it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to the right of any party to reopen the case within sixty (60) days or later for good cause shown, or to submit a stipulated form of final judgment within sixty (60) days or later so that the payment of fees can be fully made. The court retains jurisdiction to enforce any settlement the parties have reached.

**DONE** this 29th day of February, 2016.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
SENIOR UNITED STATES DISTRICT JUDGE